ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Yoel Fernando Valladares-Galvez,<br><br>    Defendant. | No.  4:24-mj-71230<br><br>**AMENDED NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(C)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that, on August 16, 2024, the above-named defendant was arrested based upon an arrest warrant (see attached) issued upon on

☐ Indictment
☐ Information
☐ Criminal Complaint
■ Other (describe): Pretrial Services Violation Petition

pending in the District of Oregon, Case Number 1:24-cr-00085-MC-1.

In that case, defendant is charged with a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) (Possession with Intent to Distribute Methamphetamine), and 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) (Possession with Intent to Distribute Fentanyl).

DESCRIPTION OF VIOLATION: The defendant is charged with violating his pretrial release conditions.

DATED: August 19, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Molly K. Priedeman*
MOLLY K. PRIEDEMAN
Assistant United States Attorney

# ATTACHMENT A

PS 8(9/03)

# UNITED STATES DISTRICT COURT

## For

### DISTRICT OF OREGON

U.S.A vs. Yoel Fernando Valladares-Galvez      Docket No. 1:24CR00085-MC-1

TO: any United States Marshal or any other authorized officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court.

| NAME OF DEFENDANT | DOB | SEX | RACE | AGE |
|---|---|---|---|---|
| Yoel Fernando Valladares-Galvez | ▮ | M | W | 28 |

ADDRESS

▮

Date: 07/08/2024

City and State: jmontgomery

s/jmontgomery
*Officer's Signature*

jmontgomery, Deputy Clerk
*Printed name and title*

### RETURN

| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS

| NAME | (BY) | DATE |
|---|---|---|

ORPT Violation Form (04/24)

**UNITED STATES PRETRIAL SERVICES**
**DISTRICT OF OREGON**

**DATE:**  July 8, 2024

**REPLY TO**
**ATTN OF:**  Cassidy Wilson
U.S. Pretrial Services Officer

**APPROVED**
**BY:**  Adrian Oliveros
Supervising U.S. Pretrial Services Officer

**SUBJECT:**  Yoel Fernando Valladares-Galvez     **VIOLATION OF RELEASE CONDITIONS**
1:24CR00085-MC-1

**TO:**  The Honorable Mark D. Clarke, U.S. Magistrate Judge
_____

On June 18, 2024, the above-named defendant was placed under pretrial supervision with conditions which include:

- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Participate in one of the following location restriction programs and comply with its requirements as directed.
(X) Curfew.   You are restricted to your residence every day (     ) from _____ to _____, or (   ) as directed by the pretrial services office or supervising officer; or
- Submit to the following location monitoring technology and comply with its requirements as directed.
( ) Location monitoring technology as directed by the pretrial services or supervising officer
( ) Voice Recognition
( ) Radio Frequency (RF)
(X) GPS
- Pay all or part of the cost of location monitoring based on your ability to pay as determined by the pretrial services or supervising officer.
- Reside at a community corrections center (CCC) and abide by all rules of the facility until otherwise notified by U.S. Pretrial Services. The defendant shall appear before the Duty Magistrate Judge for a status hearing if still residing at the CCC after 60 days.

**NATURE OF NONCOMPLIANCE:**   On July 6, 2024, at approximately 1:36pm, this officer received a location monitoring alert which indicated the defendant's GPS unit experienced a Strap Tamper and Proximity Tamper. This officer attempted to contact the defendant multiple times via telephone, with no success. When attempts to contact the defendant on his personal phone were unsuccessful, this officer contacted the Community Corrections Center (CCC) where the defendant had been residing. Staff at the CCC informed this officer that the defendant was due back from his shopping pass at 1:00pm, but he had failed to return, and they were unable to contact the defendant. Review of GPS mapping indicated the defendant generally followed his shopping pass and appeared to have gone to the locations allowed, with a few extra stops at a fast-food restaurant and the 8th and Grape Street Market. However, after 1:36pm, the GPS remained stationary near Avamere Health Services of Rogue Valley. At 3:00pm, this officer retrieved the GPS monitor from the parking lot of Avamere Health Services of Rogue Valley. Based on the information available, it appears the defendant removed the GPS device and absconded.

**SUPERVISION PERFORMANCE:**   The defendant was released to pretrial supervision on June 18, 2024, to reside at the CCC with GPS conditions. During his short time on release, the defendant appeared to be compliant with pretrial conditions.

ORPT Violation Form (04/24)

The defendant is scheduled for trial on September 10, 2024.

**RECOMMENDATION:**   The Assistant U.S. Attorney has been notified of this violation and concurs with the following recommendation:

Based upon the above allegations, it is recommended the Court order the issuance of a Warrant and order to show cause why the defendant's pretrial release should not be revoked.